UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
U.S. BANK NATIONAL ASSOCIATION,
*solely in its capacity as Trustee*,          :
            Plaintiff,
                             :
       v.          Civ. Action No. 1-15-cv-10172 (WHP)
                             :
TRIAXX PRIME CDO 2006-1 LTD., *et al.*,
                             :          **NOTICE OF APPEARANCE**
           Defendants.
                             :

                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for TRIAXX PRIME CDO 2006-1, LTD.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 15, 2016

                                          Respectfully submitted,

                                          /s/ __Edward Sherwin_____

                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, NY 10007
                                          Tel: (212) 230-8800
                                          Fax: (212) 230-8888

                                          *Attorney for Triaxx Prime CDO 2006-1, Ltd.*