UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

U.S. BANK NATIONAL ASSOCIATION,    :
*solely in its capacity as Trustee*,

       Interpleader Plaintiff,
                           :

       - against -

TRIAXX PRIME CDO 2006-1, LTD.,    :      Case No. 15-10172-WHP
TRIAXX ASSET MANAGEMENT LLC (f/k/a
ICP ASSET MANAGEMENT LLC), SOUTH
TRYON, LLC, GOLDMAN SACHS & CO.,
BLACKROCK FINANCIAL          :
MANAGEMENT, INC., GOLDENTREE
ASSET MANAGEMENT LP.,

       Interpleader Defendants.    :

-------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Interpleader Defendant GoldenTree Asset Management LP, a non-governmental

corporate party, certifies that GoldenTree Asset Management LP is not publicly held and has no

parent corporation, and that no publicly held company owns 10% or more of its stock.


Dated: January 15, 2016
      New York, New York

               WILLKIE FARR & GALLAGHER LLP

               By:  _s/ Tariq Mundiya_____
                   Tariq Mundiya (tmundiya@willkie.com)
                   Norman P. Ostrove (npostrove@willkie.com)
                   787 Seventh Avenue
                   New York, New York 10019
                   (212) 728-8000

                   Attorneys for GoldenTree Asset Management LP