AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee,

*Plaintiff(s)*

v.

TRIAXX PRIME CDO 2006-1
[See attached rider for full caption]

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  South Tryon, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael Johnson
Alston & Bird LLP
90 Park Avenue
New York, New York
(212) 210-9400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/31/2015

/s/ L. Aquino

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, *solely in its capacity as Trustee*,

        Interpleader Plaintiff,

- against -

TRIAXX PRIME CDO 2006-1, LTD., TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC), SOUTH TRYON, LLC, GOLDMAN SACHS & CO., BLACKROCK FINANCIAL MANAGEMENT, INC., GOLDENTREE ASSET MANAGEMENT LP.

        Interpleader Defendants.

Case No._____

---

SUMMONS IN A CIVIL ACTION

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *solely in its capacity as Trustee*,<br><br>　　　　　　　Interpleader Plaintiff,<br><br>　　- against -<br><br>TRIAXX PRIME CDO 2006-1, LTD., TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC), SOUTH TRYON, LLC, GOLDMAN SACHS & CO., BLACKROCK FINANCIAL MANAGEMENT, INC., GOLDENTREE ASSET MANAGEMENT LP.<br><br>　　　　　　　Interpleader Defendants. | Case No. 1:15-cv-10172-WHP<br><br>**DECLARATION OF SERVICE** |

Louis A. Russo, an attorney with Alston & Bird LLP, attorneys for Interpleader Plaintiff U.S. Bank National Association, solely in its capacity as Trustee ("U.S. Bank"), hereby affirms and certifies as follows: in accordance with the agreement between counsel for U.S. Bank and counsel for Interpleader Defendant South Tryon, LLC, I caused to be served true and correct copies of the *Summons and Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge William H. Pauley III, Individual Practices of Magistrate Judge Andrew J. Peck and the United States District Court's Electronic Case Filing Rules & Instructions, June 8, 2015 Edition* by electronic mail on the following counsel for South Tryon, LLC, on January 5, 2016:

　　Quinn Emanuel Urquhart & Sullivan, LLP
　　Jon Pickhardt
　　jonpickhardt@quinnemanuel.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that everything I have stated in this document is correct.

Dated:  January 19, 2016
        New York, New York

_____
Louis A. Russo