UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee,<br><br>Interpleader Plaintiff,<br><br>vs.<br><br>TRIAXX PRIME CDO 2006-1, LTD, TRIAXX ASSET MANAGEMENT, LLC (f/k/a ICP ASSET MANAGEMENT, LLC), SOUTH TRYON, LLC, GOLDMAN SACHS & CO., BLACKROCK FINANCIAL MANAGEMENT, INC., and GOLDENTREE ASSET MANAGEMENT, LP,<br><br>Interpleader Defendants. | Case No. 1:15-cv-10172 (WHP)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF TRIAXX ASSET MANAGEMENT, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Interpleader Defendant Triaxx Asset Management, LLC ("Triaxx"), a limited liability company organized and existing under the laws of the State of Delaware, states that Triaxx is a wholly-owned subsidiary of Triaxx Holdco, LLC ("Triaxx Holdco") and that no publicly-held corporation owns 10% or more of the stock of either Triaxx or Triaxx Holdco.

Dated: New York, New York
       January 21, 2016

Respectfully submitted,

**KAYE SCHOLER LLP**

_/s/ H. Peter Haveles, Jr._
H. Peter Haveles, Jr.
peter.haveles@kayescholer.com
Eric N. Whitney
eric.whitney@kayescholer.com

250 West 55th Street
New York, New York 10019
(212) 836-8000
(212) 836-8689 (facsimile)

63289886_1

*Attorneys for Interpleader Defendant Triaxx Asset Management, LLC*