# WILMERHALE

January 22, 2016

**Lori A. Martin**

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

**Via ECF**

The Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *U.S. Bank National Association v. Triaxx Prime CDO 2006-1, Ltd., et al.*, Case No. 15 Civ. 10172 (WHP)

To the Honorable William H. Pauley III:

I write on behalf of Interpleader Defendant Triaxx Prime CDO 2006-1, Ltd. ("Triaxx Prime") in response to the pre-motion letter of Interpleader Defendant South Tryon, LLC ("South Tryon"), dated January 18, 2016 (ECF Docket No. 34). Triaxx Prime does not take a position either in support of or in opposition to South Tryon's proposed motion for summary judgment at this time as Triaxx Prime does not have an economic stake in the outcome of the requested relief and believes that the different classes of noteholders that have different economic interests are best positioned to state their own cases.

Respectfully submitted,

*Lori A. Martin*

Lori A. Martin

cc: All Counsel of Record (via ECF)