AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. Bank National Association | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 15-10172 (WHP) |
| Triaxx Prime CDO 2006-1, LTD. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interpleader Defendant BlackRock Financial Management, Inc.

Date:   01/28/2016

/s/ Lisa C. Cohen
*Attorney's signature*

Lisa C. Cohen (LC-5997)
*Printed name and bar number*

Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, NY 10005
*Address*

lcohen@schlaw.com
*E-mail address*

(212) 277-6320
*Telephone number*

(212) 277-6333
*FAX number*