AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S. Bank National Association<br>*Plaintiff*<br>v.<br>Triaxx Prime CDO 2006-1, LTD.<br>*Defendant* | )<br>)<br>) Case No. 15-10172 (WHP)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interpleader Defendant BlackRock Financial Management, Inc.

Date:   01/28/2016

/s/ Karen M. Steel
*Attorney's signature*

Karen M. Steel (KS-2266)
*Printed name and bar number*

Schindler Cohen & Hochman LLP
100 Wall Street, 15th Floor
New York, NY 10005
*Address*

ksteel@schlaw.com
*E-mail address*

(212) 277-6317
*Telephone number*

(212) 277-6333
*FAX number*