IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *solely in its capacity as Trustee*,<br><br>    Interpleader Plaintiff,<br><br>  v.<br><br>TRIAXX PRIME CDO 2006-1, LTD., TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC), SOUTH TRYON, LLC, GOLDMAN, SACHS & CO., BLACKROCK FINANCIAL MANAGEMENT, INC., GOLDENTREE ASSET MANAGEMENT LP.,<br><br>    Interpleader Defendants. | Case No. 15-10172 (WHP) |

**ANSWER OF INTERPLEADER DEFENDANT BLACKROCK FINANCIAL MANAGEMENT, INC. TO THE INTERPLEADER COMPLAINT**

Interpleader Defendant BlackRock Financial Management, Inc. ("BlackRock"), for its Answer to the Interpleader Complaint (the "Complaint") filed on December 31, 2015 by U.S. Bank National Association ("U.S. Bank" or the "Trustee") alleges upon information and belief as follows:

**INTRODUCTION**

  1. BlackRock denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1 of the Complaint, except BlackRock admits that the Trustee commenced this interpleader action with respect to certain collateral Debt Securities held by the Trustee pursuant to the Indenture.

  2. BlackRock denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint.

  3. BlackRock denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3 of the Complaint, except BlackRock admits that the

Trustee brought this action to obtain a judicial determination pursuant to the Collateral Management Agreement and the Indenture.

4. The allegations in Paragraph 4 of the Complaint purport to state legal conclusions as to which no response is required. To the extent that a response is required, BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. The allegations in Paragraph 5 of the Complaint purport to state legal conclusions as to which no response is required. To the extent that a response is required, BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

6. The allegations in Paragraph 6 of the Complaint purport to state legal conclusions as to which no response is required. To the extent that a response is required, BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, except admits that BlackRock resides within this judicial district.

7. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint, except admits that Triaxx serves as the Collateral Manager for the Issuer under the Indenture and the Collateral Management Agreement, and respectfully refers the Court to those documents for a complete and accurate statement of their contents.

9. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint.

10. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. BlackRock admits the allegations contained in Paragraph 12 of the Complaint.

13. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

## BACKGROUND

14. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 14 of the Complaint for a complete and accurate statement of its contents.

15. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 15 of the Complaint for a complete and accurate statement of its contents.

16. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 16 of the Complaint for a complete and accurate statement of its contents.

17. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 17 of the Complaint for a complete and accurate statement of its contents.

18. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 18 of the Complaint for a complete and accurate statement of its contents.

19. BlackRock respectfully refers the Court to the Indenture referenced in Paragraph 19 of the Complaint for a complete and accurate statement of its contents.

## THE DISPUTE

20. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint, except admits that certain

Monthly Reports and Note Valuation Reports list certain Collateral Debt Securities as Defaulted Securities.

21. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint, except admits that the most recent Monthly Report lists more Defaulted Securities than the May 26, 2015 Note Valuation Report.

22. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint.

23. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint, except admits that it belatedly learned of the August 2015 Notice, and respectfully refers the Court to that document for a complete and accurate statement of its contents.

24. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

26. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

27. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint, except admits that on November 18, 2015, BlackRock received a list of a scheduled imminent sale of securities that included the Defaulted Securities.

28. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

29. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30. BlackRock admits that it and GoldenTree sent a letter to the Collateral Manager, copying the Trustee, on November 20, 2015, and it respectfully refers the Court to the November 20, 2015 letter referenced in Paragraph 30 of the Complaint for a complete and accurate statement of its contents.

31. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint, except admits that the sale of Defaulted Securities did not occur.

32. BlackRock respectfully refers the Court to the notice referenced in Paragraph 32 of the Complaint for a complete and accurate statement of its contents.

33. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint, except admits that BlackRock objects to a sale of the Defaulted Securities.

35. The allegations in Paragraph 35 of the Complaint purport to state legal conclusions as to which no response is required. To the extent that a response is required, BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint.

36. BlackRock denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint, except admits that BlackRock did not participate in and was not in any way involved with the Trustee's decision to bring this action.

## DEFENSES

BlackRock asserts the following defenses without assuming the burden of proof or any other burden if such burdens would otherwise be on other parties, including the Trustee.

### FIRST DEFENSE

The claims referenced in the Complaint fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The claims referenced in the Complaint are barred, in whole or in part, by the applicable statutes of limitations.

### THIRD DEFENSE

The claims referenced in the Complaint are barred, in whole or in part, by waiver, estoppel, unclean hands, or laches.

### FOURTH DEFENSE

The claims referenced in the Complaint are barred, in whole or in part, by accord and satisfaction.

### FIFTH DEFENSE

The claims referenced in the Complaint are barred because of ratification, agreement, acquiescence, or consent.

WHEREFORE, BlackRock respectfully requests judgment (a) dismissing the Complaint, (b) directing that the parties conform to their obligations set forth in the governing documents, and (c) granting such other and further relief as the Court may deem just, proper and equitable.

Dated: New York, New York
       January 28, 2016

                                SCHINDLER COHEN & HOCHMAN LLP

                                By:   /s/ Lisa C. Cohen
                                    Lisa C. Cohen
                                    Karen M. Steel
                              100 Wall Street, 15th Floor
                              New York, NY 10005
                              (212) 277-6300
                              lcohen@schlaw.com
                              ksteel@schlaw.com

                              *Attorneys for Interpleader Defendant*
                              *BlackRock Financial Management, Inc.*