UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

U.S. Bank National Association,

               Plaintiff,

Case No. 1:15-cv-10172-WHP

     -against-

Triaxx Prime CDO 2006-1 ltd., et al.

               Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Edward David Sherwin**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES3072     My State Bar Number is: 4400206

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Davis Polk & Wardwell LLP
                     FIRM ADDRESS: 450 Lexington Avenue, New York, NY 10017
                     FIRM TELEPHONE NUMBER: 212-450-4501
                     FIRM FAX NUMBER: 212-450-3501

NEW FIRM:     FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
                     FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
                     FIRM TELEPHONE NUMBER: 212-937-7518
                     FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/1/2016                               /s/Edward David Sherwin
                                                                      ATTORNEY'S SIGNATURE