UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
U.S. BANK NATIONAL ASSOCIATION, :
*solely in its capacity as Trustee,*
                                :
        Plaintiff,
                                :      15cv10172
    -against-
                                :      SCHEDULING ORDER
TRIAXX PRIME CDO 2006-1, LTD. *et al.*,
                                :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-2-2016

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a conference on January 29, 2016, this Court orders the following:

    1. South Tryon, LLC's motion for summary judgment is due by February 2, 2016;

    2. Any opposition is due by March 23, 2016;

    3. Any reply is due by April 5, 2016.

    4. Oral argument is scheduled for April 21, 2016 at 11:00 a.m.

Dated: February 2, 2016
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All counsel of record via ECF.*