UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, *solely in its capacity as Trustee*,<br><br>       Interpleader-Plaintiff,<br><br> vs.<br><br>TRIAXX PRIME CDO 2006-1, LTD.; TRIAXX ASSET MANAGEMENT LLC (f/k/a ICP ASSET MANAGEMENT LLC); SOUTH TRYON, LLC; GOLDMAN SACHS & CO.; BLACKROCK FINANCIAL MANAGEMENT, INC.; and GOLDENTREE ASSET MANAGEMENT LP,<br><br>       Interpleader-Defendants. | Case No. 1:15-cv-10172 (WHP)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED |

   PLEASE TAKE NOTICE that, upon the annexed (i) Memorandum of Law in Support of Motion for Summary Judgment, dated February 2, 2016; (ii) Rule 56.1(a) Statement of Material Facts as to which There Is No Genuine Issue To Be Tried, dated February 2, 2016; (iii) supporting Declaration of Jonathan E. Pickhardt, dated February 2, 2016, with the exhibits attached thereto; (iv) supporting Declaration of a Representative of South Tryon, LLC, dated February 2, 2016; and (v) all prior papers, pleadings, and proceedings in this action, Interpleader-Defendant South Tryon, LLC ("South Tryon"), by its undersigned attorneys, will move on April 21, 2016, at 11:00 a.m., or such other time as may be directed by this Court, before the Honorable William H. Pauley, III, United States District Judge, in courtroom 20B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting South Tryon summary judgment and for such other and further relief as this Court may deem just and proper.

Pursuant to the Court's direction, all answering papers shall be served no later than March 23, 2016, and all reply papers shall be served no later than April 5, 2016.

DATED:     New York, New York              Respectfully submitted,
           February 2, 2016

                                           QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP

                                           By: _____
                                               Jonathan E. Pickhardt
                                           *jonpickhardt@quinnemanuel.com*
                                           Blair A. Adams
                                           *blairadams@quinnemanuel.com*
                                           Kimberly E. Carson
                                           *kimberlycarson@quinnemanuel.com*

                                           51 Madison Avenue, 22nd Floor
                                           New York, New York 10010
                                           (212) 849-7000

                                           *Attorneys for Interpleader-Defendant
                                           South Tryon, LLC*